ADAM KLEIN and Others, Individually and as Executors of VALENTIN KLEIN, Deceased, Respondents, v. GEORGE RALSTON and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

BRUCE E. LOOMIS, Respondent, v. HENRY W. MARSH and Another, Copartners, etc., Appellants.— Order denying motion to vacate notice of examination modified so as to eliminate the requirement (Subd. 7) that defendant produce books, papers and documents upon the examination, and as so modified affirmed, without costs. Rich, Young and Kapper, JJ., concur; Kelly, P. J., and Manning, J., vote to further modify the order by eliminating the requirements in subdivisions 4, 5 and 6 of said notice.

VINCENT MONTEIRO, Respondent, v. ST. JUST STEAMSHIP CO., LTD., Appellant.— Order reversed upon the law, without costs, and motion to vacate order requiring security for costs denied, without costs. As an alien seaman, plaintiff could not acquire a legal residence in this country without complying with the provisions of the immigration laws. This he has not done, and he is therefore, within the provisions of section 1522 of the Civil Practice Act, a person residing without the State. This decision makes a decision of the order appealed from which denied defendant's motion for a reargument unnecessary, and the appeal from that order is dismissed, without costs. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

PHOEBE J. NORWOOD, Respondent, v. EDWARD R. NORWOOD, Appellant.— Order modified so as to limit the examination of defendant before trial to the subject of his earnings and payments made under the separation agreement; and as so modified affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

HARRY OSSIAS and Another, Copartners, etc., Respondents, v. JOSEPH ELIAS & Co., INC., Appellant.— Order modified by providing that defendant shall have twenty days after service of the amended complaint in which to serve its answer, or otherwise move; and as thus modified affirmed, without costs. No opinion. Motion dismissed, and stay vacated. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.